**UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 2:20-cv-14327-DMM/SMM

OSMOSE UTILITIES SERVICES, INC.,

       Plaintiff,

v.

UTILITY TESTING AND GEOGRAPHIC
INFORMATION SYSTEMS LLC and MARK
VOIGTSBERGER,

       Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff OSMOSE UTILITIES SERVICES, INC. and Defendants UTILITY TESTING AND GEOGRAPHIC INFORMATION SYSTEMS LLC and MARK VOIGTSBERGER (collectively the "Parties"), through their respective undersigned counsel and pursuant to Local Rule 16.4 of the Southern District of Florida, hereby jointly notify the Court that the Parties have reached a settlement in the case. The Parties will file a Stipulation of Dismissal under Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure in due course.

Respectfully submitted December 16, 2020.

| | |
|---|---|
| */s/ Ava K. Doppelt* | */s/ Matthew S. Nelles* |
| Ava K. Doppelt, Esq. | Matthew S. Nelles, Esq. |
| Florida Bar No. 393738 | **NELLES KOSTENCKI, PLLC** |
| **ALLEN, DYER, DOPPELT & GILCHRIST, P.A.** | Corporate Center |
| 255 South Orange Avenue, Suite 1401 | 110 E Broward Blvd Ste 670 |
| Orlando, FL 32801 | Fort Lauderdale, FL 33301-3542 |
| Email: adoppelt@allendyer.com | Email: mnelles@nklawflorida.com |
| Telephone: (407) 841-2330 | Telephone: (954) 246-4800 |
| Facsimile: (407) 841-2343 | Facsimile: (954) 246-4900 |
| | *Attorneys for Defendants Utility Testing and Geographic Information Systems LLC and Mark Voigtsberger* |
| and | |

Byron L. Pickard, Esq.,
*(Admitted Pro Hac Vice)*
**STERNE, KESSLER, GOLDSTEIN & FOX, P.L.L.C.**
1100 New York Avenue, N.W.
Washington, D.C. 20005
Email: bpickard@sternekessler.com
Telephone: (202) 371-2600
Facsimile: (202) 371-2540
*Attorneys for Plaintiff Osmose Utilities Services, Inc.*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on December 16, 2020, I electronically filed the foregoing using the Case Management/Electronic Case Filing ("CM/ECF") system, which will send Notice of Electronic filing to CM/ECF participants listed below:

Ava K. Doppelt, Esq.
Florida Bar No. 393738
ALLEN, DYER, DOPPELT & GILCHRIST, P.A.
255 South Orange Avenue, Suite 1401
Orlando, FL 32801
Email: adoppelt@allendyer.com
Telephone: (407) 841-2330
Facsimile: (407) 841-2343

Byron L. Pickard, Esq.
*(Admitted Pro Hac Vice)*
STERNE, KESSLER, GOLDSTEIN, & FOX, P.L.L.C.
1100 New York Avenue, N.W.
Washington, D.C. 20005
Email: bpickard@sternekessler.com
Telephone: (202) 371-2600
Facsimile: (202) 371-2540

*Attorneys for Plaintiff Osmose Utilities Services, Inc.*

Matthew S. Nelles, Esq.
NELLES KOSTENCKI, PLLC
Corporate Center
110 E Broward Blvd Ste 670
Fort Lauderdale, FL 33301-3542
Email: mnelles@nklawflorida.com
Telephone: (954) 246-4800
Facsimile: (954) 246-4900
*Attorneys for Defendants Utility Testing and Geographic Information Systems LLC and Mark Voigtsberger*